UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE NORTH RIVER INSURANCE COMPANY,

          Plaintiff,

    -against-

MAX D. LEIFER and LAW OFFICES OF MAX D. LEIFER, P.C.,

          Defendants.
-------------------------------------------------------------------X

Civil Action No.: 21-cv-7775 (VEC)

**DECLARATION OF KATELIN O'ROURKE GORMAN**

KATELIN O'ROURKE GORMAN, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am an attorney in the State of New York and a partner at the law firm Clyde & Co US LLP, counsel for Plaintiff The North River Insurance Company ("NRIC"). I make this Declaration in Support of NRIC's Motion for Judgment on the Pleadings, pursuant to Fed. R. Civ. P. 12(c).

2. I have attached true and correct copies of the documents listed below, which have been filed in the U.S. District Court or the New York Supreme Court, and/or are referred to in the pleadings herein (with the exception of the OCA record). The order of the exhibits follows the order in which they are referenced in the accompanying memorandum.

| | |
|---|---|
| **Exhibit 1** | Complaint filed in the matter captioned *Nancy Shunkuen Ng, et al. v. Asquared Group, Inc. et al.,* Supreme Court of the State of New York, County of Queens, Index No. 714168/2016 (the "Ng Lawsuit"). |
| **Exhibit 2** | Short Form Order granting default in the Ng Lawsuit, filed February 27, 2018. |
| **Exhibit 3** | Affirmation In Support of motion for default judgment filed in Ng Lawsuit, dated December 21, 2017. |

1

| | |
|---|---|
| **Exhibit 4** | Complaint filed in the matter captioned *Andy Lee v. Max D. Leifer, Esq. and Law Offices of Max D. Leifer, P.C.,* Supreme Court of the State of New York, County of New York, Index No. 159786/2020 (the "Client Lawsuit"). |
| **Exhibit 5** | Answer of Leifer Defendants filed in Client Lawsuit. |
| **Exhibit 6** | Answer of Leifer Defendants filed herein. |
| **Exhibit 7** | Affirmation in Opposition filed in Ng Lawsuit, dated January 11, 2018. |
| **Exhibit 8** | Record, Office of Court Administration. |
| **Exhibit 9** | Notice of Motion for Default Judgment filed in the Ng Lawsuit. |
| **Exhibit 10** | Consent to Change Attorneys filed in the Ng Lawsuit. |
| **Exhibit 11** | Order Granting Damages and Other Fees After Inquest, filed March 17, 2020 in the Ng Lawsuit. |
| **Exhibit 12** | Summons filed in the Client Lawsuit. |
| **Exhibit 13** | Letter from NRIC to Mr. Leifer dated December 21, 2020 (document is attached to Mr. Leifer's answer herein, ECF Document No. 12-1, pg. 4 of 8). |
| **Exhibit 14** | Defendants' application for malpractice insurance dated September 16, 2019 (document is referenced in the complaint herein at paragraphs 18-19). |
| **Exhibit 15** | Lawyers Professional Liability Policy no. 560-111019-4 issued to Max D. Leifer, P.C. (document is referenced in the complaint herein at paragraphs 20-23 and attached to Mr. Leifer's answer herein, ECF Document No. 12-2 at pg. 14 of 35) (premium redacted). |
| **Exhibit 16** | Letter from NRIC to Mr. Leifer dated March 12, 2021 (document is referenced in the complaint herein at paragraphs 32-34). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2022.

                                              */s/ Katelin O'Rourke Gorman*
                                              Katelin O'Rourke Gorman