**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NORTH RIVER INSURANCE COMPANY,

                      Plaintiff,

    -against-                                        21 **CIVIL** 7775

                                                    **JUDGMENT**

MAX D. LEIFER and LAW OFFICERS OF MAX
D. LEIFER, P.C.,

                      Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 25, 2022, Plaintiff's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     April 26, 2022

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                     **BY:**          *K. Mango*

                                                     **Deputy Clerk**